The People of the State of Illinois, Plaintiff-Appellee, *v.* Charles Terry *et al.*, Defendants-Appellants.

(No. 58455; )

First District (5th Division)—June 7, 1974.

PER CURIAM.

James J. Doherty, Public Defender, of Chicago (Robert Gevirtz, Assistant Public Defender, of counsel), for appellants.

Bernard Carey, State's Attorney, of Chicago (Kenneth L. Gillis and Alan W. Brothers, Assistant State's Attorneys, of counsel), for the People.